# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00515-BNB

STEVEN T. HADEN,

    Plaintiff,

v.

ARI ZAVARAS, Director of the Colorado Department of Corrections,
STEVE GREEN, Warden, Buena Vista Correctional Facility,
and all others named and unnamed in the aforementioned action; and
JOHN SUTHERS, Attorney General, State of Colorado,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Appointment of Counsel," filed on March 5, 2010 (Doc. # 4), and Plaintiff's "Amended Motion Pursuant to Rule 15 of the Federal Rules of Civil Procedure, 28 U.S.C.," filed on March 11, 2010 (Doc. # 5), in which he also requests appointment of counsel, are DENIED as premature.

    Dated: March 16, 2010