IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00515-BNB

STEVEN T. HADEN,

    Plaintiff,

v.

ARI ZAVARAS, Director of the Colorado Department of Corrections,
STEVE GREEN, Warden, Buena Vista Correctional Facility,
and all others named and unnamed in the aforementioned action; and
JOHN SUTHERS, Attorney General, State of Colorado,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's "Motion to Withdraw the Second Amended Complaint" (Doc. # 10), filed on April 12, 2010, in which Plaintiff seeks to withdraw his Amended Complaint (Doc. # 6), filed on March 11, 2010. The Motion is GRANTED. The Clerk of the Court is directed to strike Plaintiff's Amended Complaint (Doc. #6), and the merits of the Amended Complaint will not be addressed by the Court.

    However, the Court has reviewed Plaintiff's original Complaint, filed on March 5, 2010 (Doc. # 3), and finds that, like the Amended Complaint, it is deficient for the reasons set forth in the Court's April 2, 2010, Order Directing Plaintiff to File Second Amended Complaint. Namely, Plaintiff has failed to set forth a short and plain statement of the basis for the Court's jurisdiction and of his claims so that the Court and the defendants understand what he is claiming in this action and are able to respond to those claims. Plaintiff also fails to allege the personal participation of each named defendant, as explained in the Court's April 2 Order. Accordingly, Plaintiff is again directed to file a Second Amended Complaint that complies with the April 2 Order if he wishes to proceed with his claims in this action. Plaintiff must file the Second Amended Complaint on or before **May 7, 2010.** Plaintiff's failure to file a Second Amended Complaint will result in the dismissal of this action without further notice.

    Dated: April 15, 2010