IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00515–PAB–KMT

STEVEN T. HADEN,

    Plaintiff,

v.

STEVE GREEN, Warden, Buena Vista Correctional Facility,
GEORGE DUNBAR, Former Warden, Buena Vista Correctional Facility,
WILLIAM BRUNNELL, Asst. Warden, Buena Vista Correctional Facility,
TERRI BARTUFF, Former Asst. Warden, Buena Vista Correctional Facility,
R. DANSDILL, Major, Buena Vista Correctional Facility,
J. LENGERICH, Major, Buena Vista Correctional Facility,
D. CONNORS, Major, Buena Vista Correctional Facility,
G. SMETHERS, Captain, Buena Vista Correctional Facility,
L. BLAND, Captain, Buena Vista Correctional Facility,
V. DENT, Captain, Buena Vista Correctional Facility,
T. COLEMAN, Captain, Buena Vista Correctional Facility,
A. ORTEGA, Captain, Buena Vista Correctional Facility,
DR. SHEPHARD, Psychiatrist, Colorado Department of Corrections,
G. SMITH, Supervisor, Buena Vista Correctional Facility,
C. MCCORMACK, Case Manager, Buena Vista Correctional Facility, and
C. LAGUE, Correctional Officer, Buena Vista Correctional Facility, and each of their supervisors, designees, and all unnamed individuals that directly participated in the wrongs claimed in this action, knew about the wrong but did nothing to stop it, and failed to oversee, supervise, or train those responsible, as well as each of their Officers, Agents, and Successors,

    Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion Requesting U.S. Marshall [sic] to Complete Service" (Doc. No. 38, filed October 4, 2010) is DENIED. All defendants except Defendants Dunbar, Bartruff, and Shepard

waived service, and no additional services is required on the defendants who waived service. (*See* Doc. No. 25.) Defendants Bartruff and Dunbar were served by the United States Marshal on August 6, 2010. (*See* Doc. No. 28.) The Colorado Department of Corrections did not accept service Defendant Shepard but did advise he is at the University of Colorado Health and Sciences Centers in Colorado. (*See* Doc. No. 25.) However, the information provided is insufficient to request service by the United States Marshal Service, as they require a specific street address. There are several University of Colorado Health and Sciences Centers in Colorado, and none of the centers have a Dr. Shepard on file. A search conducted on the University of Colorado website by the Clerk's office was unsuccessful. As such, the United States Marshal Service is unable to serve Defendant Shepard. Plaintiff must provide a specific address at which Defendant Shepard may be served.

Dated: October 8, 2010