IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10-cv-00515-PAB-KMT

STEVEN T. HADEN,

      Plaintiff,

v.

STEVE GREEN, Warden, Buena Vista Correctional Facility,
GEORGE DUNBAR, Former Warden, Buena Vista Correctional Facility,
WILLIAM BRUNNELL, Asst. Warden, Buena Vista Correctional Facility,
TERRI BARTUFF, Former Asst. Warden, Buena Vista Correctional Facility,
R. DANSDILL, Major, Buena Vista Correctional Facility,
J. LENGERICH, Major, Buena Vista Correctional Facility,
D. CONNORS, Major, Buena Vista Correctional Facility,
G. SMETHERS, Captain, Buena Vista Correctional Facility,
L. BLAND, Captain, Buena Vista Correctional Facility,
V. DENT, Captain, Buena Vista Correctional Facility,
T. COLEMAN, Captain, Buena Vista Correctional Facility,
A. ORTEGA, Captain, Buena Vista Correctional Facility,
DR. SHEPHARD, Psychiatrist, Colorado Department of Corrections,
G. SMITH, Supervisor, Buena Vista Correctional Facility,
C. MCCORMACK, Case Manager, Buena Vista Correctional Facility, and
C. LAGUE, Correctional Officer, Buena Vista Correctional Facility, and each of their supervisors, designees, and all unnamed individuals that directly participated in the wrongs claimed in this action, knew about the wrong but did nothing to stop it, and failed to oversee, supervise, or train those responsible, as well as each of their Officers, Agents, and Successors,

      Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV -1 2010

GREGORY C. LANGHAM
                   CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the court on Plaintiff's "Motion Requesting U.S. Marshall [sic] to Complete Service" (Doc. No. 47, filed October 24, 2010). Plaintiff has supplied an

address at which Defendant Shepard may be served and requests an order for the United States Marshal to serve the defendant. The Court previously granted the plaintiff's motion for leave to proceed *in forma pauperis*. (Doc. No. 2) It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant Shepard. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant at Lutheran Medical Center, 3400 Lutheran Parkway, Wheat Ridge, Colorado 80033. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendant Shepard or counsel for Defendant Shepard shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on Defendant Shepard.

Dated this 29th day of October, 2010.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00515-PAB-KMT

Steven T. Haden
Prisoner No. 118881
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

US Marshal Service
Service Clerk
Service forms for: Dr. David Shepard

Nichole S. Gellar
Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Dr. David Shepard: THIRD AMENDED COMPLAINT FILED 6/07/10, ORDER FILED 07/09/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/1/10.

GREGORY C. LANGHAM, CLERK

By: _____
             Deputy Clerk