IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00515-PAB-KMT

STEVEN T. HADEN,

     Plaintiff,

v.

STEVEN GREEN, Warden, Buena Vista Correctional Facility,
GEORGE DUNBAR, Former Warden, Buena Vista Correctional Facility,
WILLIAM BRUNELL, Associate Warden, Buena Vista Correctional Facility,
TERRY BARTUFF, Former Associate, Buena Vista Correctional Facility,
RICHARD DANSDILL, Major/Food Service, Buena Vista Correctional Facility,
VICTORIA DENT, Captain/Food Service, Buena Vista Correctional Facility,
JOHN BUTTERFIELD, Supervisor/Food Service, Buena Vista Correctional Facility,
DUANE CONNORS, Major/Physical Plant Manager, Buena Vista Correctional Facility,
KENNETH DEWALT, Captain/Maintenance, Buena Vista Correctional Facility,
JOSEPH DETERMAN, Captain/Maintenance, Buena Vista Correctional Facility,
ARTHUR ORTEGA, Captain/Maintenance, Buena Vista Correctional Facility,
MICHAEL HUGHES, Life Safety Officer, Buena Vista Correctional Facility,
GREGORY SMETHERS, Life Safety Supervisor, Buena Vista Correctional Facility,
JASON LENGERICH, Major/Custody & Control, Buena Vista Correctional Facility,
LISA BLAND, Captain/Custody & Control, Buena Vista Correctional Facility,
TRACY COLEMAN, Captain/Custody & Control, Buena Vista Correctional Facility,
CHRISTOPHER LAGUE, Sergeant/Security, Buena Vista Correctional Facility,
GLYNETTE SMITH, Mental Health Care Practitioner/Supervisor,
DAVID M. SHEPARD, M.D., Psychiatrist Provider, Buena Vista Correctional Facility,
CHARLEEN CROCKETT, Food Service Director, Colorado Department of Corrections;
CAROL MCCORMACK, Case Manager, Buena Vista Correctional Facility;
in their individual capacities, as well as each of their Officers, Agents, and Successors,
and all unnamed individuals that directly participated in the wrongs claimed in this
action,

     Defendants.

_____

**ORDER**

_____

This matter is before the Court on plaintiff's amended complaint [Docket No. 133]. On June 13, 2011, the Court ordered plaintiff to file an amended complaint, directing his amended complaint to include his first claim as stated in the proposed amended complaint [Docket No. 64]; his second claim as stated in the proposed amended complaint, but only against defendants Shephard, Smith, and Bland; and his third and fourth claims as stated in the proposed amended complaint, but only seeking punitive and nominal damages. *See* Docket No. 131 at 10. The Court directed plaintiff to file his amended complaint on or before July 8, 2011. *See id.* On July 7, 2011, plaintiff mailed his amended complaint [Docket No. 133], which was received by the Court on July 11, 2011. Plaintiff's amended complaint includes claims against defendants not previously named in plaintiff's earlier complaint and not named in his proposed amended complaint. These defendants include John Butterfield, Kenneth Dewalt, Joseph Determan, and Michael Hughes. *Compare* Docket No. 133 at 1 *with* Docket No. 64 at 1. Plaintiff has not sought leave to add these parties as defendants. Although plaintiff's proposed amended complaint named John and Jane Doe defendants, plaintiff identified these unknown defendants as "Health Services Administrator, Buena Vista Correctional Facility." *See* Docket No. 64 at 1. None of the new defendants added in plaintiff's amended complaint are Health Services Administrators. Accordingly, it is

**ORDERED** that plaintiff's claims against John Butterfield, Kenneth Dewalt, Joseph Determan, and Michael Hughes are **DISMISSED**.

DATED September 15, 2011.

BY THE COURT:


 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge