IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00515–RBJ–KMT

STEVEN T. HADEN,

     Plaintiff,

v.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV - 9 2011**

GREGORY C. LANGHAM
CLERK

STEVE GREEN, Warden, Buena Vista Correctional Facility,
GEORGE DUNBAR, Former Warden, Buena Vista Correctional Facility,
WILLIAM BRUNNELL, Associate Warden, Buena Vista Correctional Facility,
TERRI BARTUFF, Former Associate. Warden, Buena Vista Correctional Facility,
R. DANSDILL, Major/Food Service, Buena Vista Correctional Facility,
VICTORIA DENT, Captain/Food Service, Buena Vista Correctional Facility,
DUANE CONNORS, Major/Physical Plant Manager, Buena Vista Correctional Facility,
ARTHUR ORTEGA, Captain/Maintenance, Buena Vista Correctional Facility,
GREGORY SMETHERS, Life Safety Officer, Buena Vista Correctional Facility,
JASON LENGERICH, Major/Custody & Control, Buena Vista Correctional Facility,
LISA BLAND, Captain/Custody & Control, Buena Vista Correctional Facility,
TRACY COLEMAN, Captain/Custody & Control, Buena Vista Correctional Facility,
CHRISTOPHER LAGUE, Sergeant/Security, Buena Vista Correctional Facility
GLYNETTE SMITH, Mental Health Care Practioner/Supervisor, Buena Vista Correctional
Facility,
DAVID M. SHEPARD, M.D., Psychiatric Provider, Buena Vista Correctional Facility,
CHARLEEN CROCKETT, Food Service Director, Colorado Department of Corrections,
CAROL MCCORMACK, Case Manager, Buena Vista Correctional Facility, and
in their individual capacities, as well as each of their Officers, Agents, and Successors, and all
unnamed individuals that directly participated in the wrongs claimed in this action,

     Defendants.

---

## SECOND ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the court on Plaintiff's "Motion Seeking Service" of Defendant Shepard (Doc. No. 166, filed October 27, 2011). In their response to the moiton, Defendants have supplied an address at which Defendant Shepard may be served. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant Shepard. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant at University of Colorado Health Sciences Center, 13199 East Mountview Drive, Aurora, CO 80045. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendant Shepard or counsel for Defendant Shepard shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on Defendant Shepard.

Dated this 8th day of November, 2011.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-00515-RBJ-KMT

Steven T. Haden
Prisoner No. 118881
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

US Marshal Service
Service Clerk
Service forms for: David M. Shepard, M.D.

Nicole S. Gellar
Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY VIA EMAIL**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on David M. Shepard: FINAL AMENDED COMPLAINT FILED 7/11/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on November 9, 2011 .

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk