IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00515–RBJ–KMT

STEVEN T. HADEN,

    Plaintiff,

v.

STEVE GREEN, Warden, Buena Vista Correctional Facility,
GEORGE DUNBAR, Former Warden, Buena Vista Correctional Facility,
WILLIAM BRUNNELL, Associate Warden, Buena Vista Correctional Facility,
TERRI BARTUFF, Former Associate. Warden, Buena Vista Correctional Facility,
R. DANSDILL, Major/Food Service, Buena Vista Correctional Facility,
VICTORIA DENT, Captain/Food Service, Buena Vista Correctional Facility,
DUANE CONNORS, Major/Physical Plant Manager, Buena Vista Correctional Facility,
ARTHUR ORTEGA, Captain/Maintenance, Buena Vista Correctional Facility,
GREGORY SMETHERS, Life Safety Officer, Buena Vista Correctional Facility,
JASON LENGERICH, Major/Custody & Control, Buena Vista Correctional Facility,
LISA BLAND, Captain/Custody & Control, Buena Vista Correctional Facility,
TRACY COLEMAN, Captain/Custody & Control, Buena Vista Correctional Facility,
CHRISTOPHER LAGUE, Sergeant/Security, Buena Vista Correctional Facility
GLYNETTE SMITH, Mental Health Care Practioner/Supervisor, Buena Vista Correctional Facility,
DAVID M. SHEPARD, M.D., Psychiatric Provider, Buena Vista Correctional Facility,
CHARLEEN CROCKETT, Food Service Director, Colorado Department of Corrections,
CAROL MCCORMACK, Case Manager, Buena Vista Correctional Facility, and
in their individual capacities, as well as each of their Officers, Agents, and Successors, and all unnamed individuals that directly participated in the wrongs claimed in this action,

    Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Request for Photocopies" (Doc. No. 195, filed December 2, 2011) is GRANTED. The Clerk shall send copies of Docket Numbers 192 and 193.  No further copies of documents will be provided by the Court.

Plaintiff's "Discovery Preservation Request" (Doc. No. 196, filed December 2, 2011) is DENIED.  Plaintiff appears to request that the defendants preserve documents related to the CDOC's alleged recent failure to allow him to make photocopies.  This request is unrelated to any claims in this case.  Moreover, the court declines to interfere in the day-to-day activities of prison administration.

Defendants' "Motion for Clarification" (Doc. No. 197, filed December 2, 2011) is GRANTED. The court has construed Document 184-1 as Plaintiff's response to Defendants' Motion for Summary Judgment.  The court has construed Documents 192 and 193 as exhibits in support of the response (Doc. No. 184-1).  Defendants may file their reply in support of their Motion for Summary Judgment no later than December 19, 2011.

Dated: December 12, 2011