# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 10-cv-00515-RBJ-KMT | FTR - Courtroom C-201 |
| **Date:** December 14, 2011 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| STEVEN T. HADEN, | Pro Se |
|     Plaintiff, | |
| v. | |
| STEVE GREEN, Warden, Buena Vista Correctional Facility, | CHARLEEN CROCKETT, Food Service Director, Colorado Department of Corrections, |
| GEORGE DUNBAR, Former Warden, Buena Vista Correctional Facility, | CAROL MCCORMACK, Case Manager, Buena Vista Correctional Facility, and |
| WILLIAM BRUNNELL, Associate Warden, Buena Vista Correctional Facility, | in their individual capacities, as well as each of their Officers, Agents, and Successors, and all unnamed individuals that directly participated in the wrongs claimed in this action, |
| TERRI BARTUFF, Former Associate. Warden, Buena Vista Correctional Facility, | |
| R. DANSDILL, Major/Food Service, Buena Vista Correctional Facility, | |
| VICTORIA DENT, Captain/Food Service, Buena Vista Correctional Facility, | Defendants. |
| DUANE CONNORS, Major/Physical Plant Manager, Buena Vista Correctional Facility, | Nicole S. Gellar |
| ARTHUR ORTEGA, Captain/Maintenance, Buena Vista Correctional Facility, | |
| GREGORY SMETHERS, Life Safety Officer, Buena Vista Correctional Facility, | |
| JASON LENGERICH, Major/Custody & Control, Buena Vista Correctional Facility, | |
| LISA BLAND, Captain/Custody & Control, Buena Vista Correctional Facility, | |
| TRACY COLEMAN, Captain/Custody & Control, Buena Vista Correctional Facility, | |
| CHRISTOPHER LAGUE, Sergeant/Security, Buena Vista Correctional Facility | |
| GLYNETTE SMITH, Mental Health Care Practitioner/Supervisor, Buena Vista Correctional Facility, | |
| DAVID M. SHEPARD, M.D., Psychiatric Provider, Buena Vista Correctional Facility, | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:51 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Plaintiff's Motion for Order Compelling Discovery [Doc. No. 157, filed October 26, 2011].

Discussion regarding order of documents in plaintiff's filings.

It is **ORDERED**: Plaintiff's Motion for Order Compelling Discovery [157] is **GRANTED IN PART AND DENIED IN PART**.  The motion is **GRANTED IN PART** as to plaintiff's Request for Production of Documents Nos. 1, 4, 6, and training records for defendant Crockett. The request is granted as to indoor air quality reports, ACA inspections, external inspections by the fire marshal or any fire-related entity, building inspector, or Chaffee County Health Department from October, 2008 to February, 2011, and custody and control rules and regulations that govern or address the delivery of medication to prisoners have been provided to the extent that security concerns are not implicated.  Defense counsel shall produce supplemental responses on or before January 13, 2012.

The Motion is **DENIED** as to requests pertaining to inmate training guidelines for working in a kosher kitchen, prison security, case manager manuals, and requests that exceeded the limit of 25 Requests for Production set by the court.

Discussion regarding resetting the Final Pretrial Conference currently set for January 17, 2012 at 9:00 a.m. and plaintiff's Notice of Joinder of Persons Needed for Just Adjudication and/or Class Action Status [Doc. No. 202, filed December 12, 2011].

It is **ORDERED**: Plaintiff's Notice of Joinder of Persons Needed for Just Adjudication and/or Class Action Status [202] is **DENIED** for reasons stated on the record.

It is **ORDERED**: The Final Pretrial Conference set for January 17, 2012 at 9:00 a.m. is **VACATED** and reset for May 17, 2012 at 9:30 a.m.

**Court in Recess: 1:05 p.m.**
Hearing concluded.
Total In-Court Time    02:14

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.