# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 10-cv-00515-RBJ-KMT | FTR - Courtroom C-201 |
| **Date:** January 11, 2012 | Deputy Clerk, Nick Richards |

STEVEN T. HADEN,

    Plaintiff,

v.

STEVE GREEN, Warden, Buena Vista Correctional Facility,
GEORGE DUNBAR, Former Warden, Buena Vista Correctional Facility,
WILLIAM BRUNNELL, Associate Warden, Buena Vista Correctional Facility,
TERRI BARTUFF, Former Associate. Warden, Buena Vista Correctional Facility,
R. DANSDILL, Major/Food Service, Buena Vista Correctional Facility,
VICTORIA DENT, Captain/Food Service, Buena Vista Correctional Facility,
DUANE CONNORS, Major/Physical Plant Manager, Buena Vista Correctional Facility,
ARTHUR ORTEGA, Captain/Maintenance, Buena Vista Correctional Facility,
GREGORY SMETHERS, Life Safety Officer, Buena Vista Correctional Facility,
JASON LENGERICH, Major/Custody & Control, Buena Vista Correctional Facility,
LISA BLAND, Captain/Custody & Control, Buena Vista Correctional Facility,
TRACY COLEMAN, Captain/Custody & Control, Buena Vista Correctional Facility,
CHRISTOPHER LAGUE, Sergeant/Security, Buena Vista Correctional Facility
GLYNETTE SMITH, Mental Health Care Practitioner/Supervisor, Buena Vista Correctional Facility,
DAVID M. SHEPARD, M.D., Psychiatric Provider, Buena Vista Correctional Facility,
CHARLEEN CROCKETT, Food Service Director, Colorado Department of Corrections,
CAROL MCCORMACK, Case Manager, Buena Vista Correctional Facility, and
in their individual capacities, as well as each of their Officers, Agents, and Successors, and all unnamed individuals that directly participated in the wrongs claimed in this action,

    Defendants.

Pro Se (by phone)

Nicole S. Gellar

## COURTROOM MINUTES / MINUTE ORDER

**STATUS CONFERENCE**
**Court in session: 10:33 a.m.**
Court calls case.  Appearances of counsel.

Opening remarks by the Court regarding Plaintiff's Motion Seeking Reimbursement [Doc. No. 168, filed October 27, 2011].

It is **ORDERED**:	Plaintiff's Motion Seeking Reimbursement [168] is **DENIED**.

Discussion regarding Plaintiff's Motion to Finalize Service Compel Defendants' to Comply with Rules of Service Process [Doc. No. 221, filed January 3, 2012].

It is **ORDERED**:	Defense counsel will respond to Plaintiff's Motion to Finalize Service [221] on or before January 23, 2012.  Plaintiff may reply in the standard 14-day window.  In any event, defense counsel is directed to inquire about a phone contact or other information about unserved defendant David Shepard who, apparently, still is working pursuant to contract for the Dept. of Corrections at the Denver Diagnostic Center.  Such contact information will be provided to the court.

Discussion regarding Defendant's Motion for Summary Judgment [Doc. No. 177, filed November 16, 2011] and appropriate responses from Mr. Haden.

It is **ORDERED**:	The Clerk of Court shall send copies of documents 184-1, 192, 193, 214, and 216 to Mr. Haden without headers so they may be used to facilitate a consolidated response to Defendant's Motion for Summary Judgment [177]. Therefore, the court officially strikes documents 184-1, 192, 193, 213, 214, and 216 from the record.

It is **ORDERED**:	Plaintiff's Request for Extension of Time to File Motion in Opposition to Defendants' Motion for Summary Judgment [Doc. No. 215, filed December 27, 2011] is **GRANTED**.  Plaintiff shall file **one** consolidated response, including all exhibits, to Defendant's Motion for Summary Judgment [177] on or before February 1, 2012.  Defendant's reply shall be due on or before February 15, 2012.

It is **ORDERED**:	Plaintiff's Follow-up Photocopy Request Civil Docket Clarification or Amended Docket Text [Doc. No. 217, filed December 29, 2011] is **GRANTED IN PART AND DENIED IN PART** as stated on the record.

The Court notes to Mr. Haden that he may file his own Motion for Summary Judgment on or before February 1, 2012. Defendants will not respond to plaintiff's Motion for Summary Judgment, should one be filed, unless ordered to do so by the court.

It is **ORDERED**:   Defense counsel shall file an answer to plaintiff's Final Amended Complaint [Doc. No. 133, filed July 11, 2011] on or before January 18, 2012.

**Court in Recess: 11:16 a.m.**
Hearing concluded.
Total In-Court Time    00:43

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.