IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00515–RBJ–KMT

STEVEN T. HADEN,

    Plaintiff,

v.

STEVE GREEN, Warden, Buena Vista Correctional Facility,
GEORGE DUNBAR, Former Warden, Buena Vista Correctional Facility,
WILLIAM BRUNNELL, Associate Warden, Buena Vista Correctional Facility,
TERRI BARTUFF, Former Associate. Warden, Buena Vista Correctional Facility,
R. DANSDILL, Major/Food Service, Buena Vista Correctional Facility,
VICTORIA DENT, Captain/Food Service, Buena Vista Correctional Facility,
DUANE CONNORS, Major/Physical Plant Manager, Buena Vista Correctional Facility,
ARTHUR ORTEGA, Captain/Maintenance, Buena Vista Correctional Facility,
GREGORY SMETHERS, Life Safety Officer, Buena Vista Correctional Facility,
JASON LENGERICH, Major/Custody & Control, Buena Vista Correctional Facility,
LISA BLAND, Captain/Custody & Control, Buena Vista Correctional Facility,
TRACY COLEMAN, Captain/Custody & Control, Buena Vista Correctional Facility,
CHRISTOPHER LAGUE, Sergeant/Security, Buena Vista Correctional Facility
GLYNETTE SMITH, Mental Health Care Practioner/Supervisor, Buena Vista Correctional Facility,
DAVID M. SHEPARD, M.D., Psychiatric Provider, Buena Vista Correctional Facility,
CHARLEEN CROCKETT, Food Service Director, Colorado Department of Corrections,
CAROL MCCORMACK, Case Manager, Buena Vista Correctional Facility, and
in their individual capacities, as well as each of their Officers, Agents, and Successors, and all unnamed individuals that directly participated in the wrongs claimed in this action,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Show Cause" (Doc. No. 261, filed June 6, 2012) is DENIED in part. Plaintiff's Motion seeks to have the court "issue an Order to Show Cause as to why Defendants

did not file a timely reply (or a reply at all)" in support of their Motion for Summary Judgment, and also requests that the court set a Final Pretrial Conference and establish a deadline for filing the proposed Final Pretrial Order.  Notwithstanding Plaintiff's representation that Defendants failed to timely file a reply in support of their Motion for Summary Judgment and/or serve Plaintiff with a copy of the same, the docket indicates that Defendants indeed timely filed their "Reply to Response to Motion for Summary Judgment" on May 24, 2012 and served Plaintiff with the same by depositing copies their Reply in United States mail.  (Doc. No. 260.)  Nevertheless, the Clerk of Court is directed to send Plaintiff a copy of Defendants' Reply (Doc. No. 260).

To the extent that Plaintiff seeks to have the court set a Final Pretrial Conference and set a deadline for submitting the Final Pretrial Conference, the court has already set a Final Pretrial Conference for **June 26, 2012 at 9:30 a.m.** and the deadline for filing the proposed Final Pretrial Order for **June 19, 2012**.  (Doc. No. 254.)

Dated: June 7, 2012